SCPW-15-0000513

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MATTHEW J. WARNER, Petitioner,

vs.

HAWAIʻI PAROLING AUTHORITY, Respondent.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
AND/OR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Matthew J. Warner's application for writ of prohibition and/or mandamus, respondent Hawaiʻi Paroling Authority's response, the respective supporting documents, and the record, it appears that the requested extraordinary writ is not warranted. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); In re Disciplinary Bd. of Hawaiʻi

Supreme Court, 91 Hawaiʻi 363, 368, 984 P.2d 688, 693 (1999) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

DATED: Honolulu, Hawaiʻi, June 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson